UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Stacey L Hattendorf<br><br>            Debtor | Chapter 13<br>Bankruptcy No.22-11889-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of October, 2022, by first class mail upon those listed below:

Stacey L Hattendorf
157 Sage Dr.
Reading, PA  19608

**Electronically via CM/ECF System Only:**

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
326 MAIN STREET
SUITE 1
EMMAUS, PA  18049

                                      */s/ Kristen Gliem*
                                      Kristen Gliem
                                      for
                                      Scott F. Waterman, Esquire
                                      Standing Chapter 13 Trustee