United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11889-pmm |
| Stacey L Hattendorf | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey L Hattendorf, 157 Sage Dr., Reading, PA 19608-9526 |
| 14706900 | + | Bread, Attn: Bankruptcy, 156 Fifth Avenue 2nd Floor, New York, NY 10010-7734 |
| 14706914 | | Conduent, Ceased servicing st loans 9/1/19. Loans, Utica, NY 13504 |
| 14706925 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 14706930 | + | Haynes Home Furnishing, Attention: Legal, 5324 Virginia Beach Boulevard, Virginia Beach, VA 23462-1828 |
| 14713348 | + | Regions Bank DBA Enerbank USA, 650 S Main Street Suite 1000, Salt Lake City, UT 84101-2844 |
| 14708939 | + | Rocket Mortgage, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14706935 | + | State Financial Networ, 1974 Sproul Road, Broomall, PA 19008-3400 |
| 14706953 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 06 2023 00:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 06 2023 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14706874 | + | Email/Text: backoffice@affirm.com | Jan 06 2023 00:25:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14709969 | + | Email/Text: bkfilings@zwickerpc.com | Jan 06 2023 00:25:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P. O. Box 9043, Andover, MA 01810-0943 |
| 14711503 | + | Email/Text: bkfilings@zwickerpc.com | Jan 06 2023 00:25:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14706895 | + | Email/PDF: bncnotices@becket-lee.com | Jan 06 2023 00:37:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14706897 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 06 2023 00:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14706898 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 06 2023 00:25:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14706901 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:26:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14706902 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 06 2023 00:26:09 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14713944 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 22-11889-pmm   Doc 28   Filed 01/07/23   Entered 01/08/23 00:30:48   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 06 2023 00:26:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14706903 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:26:01 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14706907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2023 00:26:09 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14706908 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2023 00:26:06 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14706909 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2023 00:37:29 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14706911 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14706912 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14706910 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Comenity Bank/cmpnystr, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14706913 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Comenity Capital/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14706915 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 06 2023 00:26:04 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 14706916 | | Email/Text: bankruptcy@diamondcu.com | Jan 06 2023 00:25:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14706917 | + | Email/Text: bankruptcy@diamondcu.com | Jan 06 2023 00:25:00 | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14710079 | | Email/Text: mrdiscen@discover.com | Jan 06 2023 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14706922 | + | Email/Text: mrdiscen@discover.com | Jan 06 2023 00:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14706923 | + | Email/Text: bbagley@enerbankusa.com | Jan 06 2023 00:25:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 14706924 | + | Email/Text: bknotice@ercbpo.com | Jan 06 2023 00:25:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14706926 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 06 2023 00:25:00 | Genesis Bankcard Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14706927 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 06 2023 00:25:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14706928 | ^ | MEBN | Jan 06 2023 00:19:44 | GreenSky Credit, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 14706929 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 06 2023 00:24:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 14706904 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 06 2023 00:26:08 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14719240 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:26:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14719963 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2023 00:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14706931 | + | Email/PDF: pa_dc_claims@navient.com | Jan 06 2023 00:26:04 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14725000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2023 00:26:01 | Portfolio Recovery Associates, LLC, POB 41067, |

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 14706932 | | ^ MEBN | | Norfolk VA 23541 |
| 14725699 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2023 00:19:52 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14725176 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2023 00:25:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14706933 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 06 2023 00:25:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14712227 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 06 2023 00:25:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14706934 | + | Email/Text: servicing@svcfin.com | Jan 06 2023 00:25:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14706936 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:25:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14706937 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:08 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14707553 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:08 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706940 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14706942 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:04 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706943 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:09 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706945 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14706947 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:04 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706944 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:04 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706949 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:09 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706951 | | Email/Text: bankruptcy@td.com | Jan 06 2023 00:26:09 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706950 | + | Email/Text: bncmail@w-legal.com | Jan 06 2023 00:25:00 | TD Bank, Attn: Bankruptcy Department, Po Box 9547, Portland, ME 04112 |
| 14706952 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 06 2023 00:25:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14721733 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 06 2023 00:25:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14715723 | + | Email/Text: servicing@svcfin.com | Jan 06 2023 00:24:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14706954 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:25:00 | Truist Bank, c/o Service Finance Co. LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14706955 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:26:08 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| | | | Jan 06 2023 00:26:01 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 58

| District/off: 0313-4 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 67 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14706939 | | Syncb/walmart |
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | *+ | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14706877 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706878 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706879 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706880 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706881 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706882 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706883 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706884 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706885 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706886 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706887 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706888 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706889 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706890 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706891 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706892 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706893 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706894 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706875 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706876 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14706896 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14706899 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14706918 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14706919 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14706920 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14706921 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14706905 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14706906 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14706938 | *+ | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706941 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706946 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706948 | *+ | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 35 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023             Signature:        /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 5 of 5
Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 67

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Stacey L Hattendorf mccrystallaw@gmail.com  sueparalegal@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Stacey L Hattendorf<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-11889-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 5, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE